AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| ERIC LO | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 3:22-cv-06359-WHO |
| JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Please see the attached list.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Emily Jeffcott, Esq.
> MORGAN & MORGAN, P.A.
> 220 W. Garden Street, 9th Floor
> Pensacola, FL 32502
> Tel: (850) 316-9100
> Email: ejeffcott@forthepeople.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Mark B. Busby
*CLERK OF COURT*

Date: 10/21/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-06359-WHO

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

Juul Labs, Inc.
560 20th Street
San Francisco, CA 94107

Altria Group, Inc.
c/o CT Corporation System
4701 Cox Road Suite 285
Glen Allen, Virginia 23060

Philip Morris USA, Inc.
c/o CT Corporation System
6601 W Broad Street
Richmond, VA, 23230 – 1723

Altria Client Services, LLC
c/o CT Corporation System
6601 W Broad Street
Richmond, VA 23230-1723

Altria Group Distribution Company
c/o CT Corporation System
6601 W Broad Street
Richmond, VA 23230-1723

Altria Enterprises, LLC
c/o CT Corporation System
6601 W Broad Street
Richmond, VA 23230-1723

James Monsees
89 Belgrave Ave
San Francisco, CA 94117-4225

Adam Bowen
360 Elm Street
San Mateo, CA 94401-2512

Nicholas Pritzker
1 Letterman Drive- Building C-
Suite C4-420
Portola Valley, CA 94028-8077

Ho Young Huh
6 Redberry Ridge
Portola Valley, CA 94028-8077

Riaz Valani
9 Isabella Avenue
Atherton, CA 94027-4031

Mother Murphy's Labs, Inc.
c/o David S. Murphy, Sr.
2826 S. Elm-Eugene Street
Greensboro, North Carolina 27406

Alternative Ingredients, Inc.
c/o HD Business Services LLC
300 North Greene Street, Suite 200
Greensboro, NC 27401

Tobacco Technology, Inc.
Gregory M. Garrett, Esq.
c/o Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, MD 21202

eLIQUITECH, Inc.
Gregory M. Garrett, Esq.
c/o Tydings & Rosenberg LLP
One East Pratt Street, suite 901
Baltimore, MD 21202

Eby-Brown Company, LLC
c/o National Registered Agents, Inc.
1209 Orange Street
Wilmington, DE 19801

McLane Company, Inc.
c/o C T Corporation System
1999 Bryan St., Ste. 900
Dallas, TX 75201-3136

Core-Mark Holding Company, Inc.
c/o National Registered Agents, Inc.
1209 Orange Street
Wilmington, DE 19801